IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

In re:

Joanne Jones,

       Debtor.

_____

Chapter 13

Case No.   24-10964-amc

CERTIFICATE OF SERVICE

On behalf of the Debtor, I hereby certify that the Notice of Continued Meeting of Creditors has been served upon the following parties in interest by regular mail and/or electronic delivery on June 28, 2024.

    /s/ Mark A. Berenato
    _____
    Mark A. Berenato
    Attorney at Law
    391 Wilmington Pike
    PMB 264
    Glen Mills, Pennsylvania    19342
    (610) 836-1874 (mobile)
    mark@berenatolawfirm.com  (email)

cc:

Scott F. Waterman
2901 St. Lawrence Ave
Suite 100
Reading, PA    19606

Mark A. Berenato
Attorney at Law
391 Wilmington Pike
PMB 264
Glen Mills, Pennsylvania    19342

Denise Carlon, Esquire
701 Market Street, Suite 5000
Philadelphia, PA    19106

Joanne Jones
150 Youngs Avenue
Woodlyn, PA    19094

Office of the US Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA    19107

American Credit Acceptance
320 East Main Street
Spartenburg, SC    29302