**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Joanne Jones a/k/a Joanne Day a/k/a Joanne Day Jones a/k/a Joanne D. Jones | CHAPTER 13 |
| Debtor(s) | BKY. NO. 24-10964 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee and index same on the master mailing list.

Respectfully submitted,

/s/ 
PA Eastern BK
10 Jun 2024, 10:28:24, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: dc0c1c132fb72681075decb0f8b64095ef24e0692f5972271da07f4bdeec509a