IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Joanne Jones,

      Debtor.

Chapter 13

Case No.   24-10964-amc

CERTIFICATE OF SERVICE

    On behalf of the Debtor, I hereby certify that the Debtor's Response to Trustee's Motion to Dismiss has been served upon the following parties in interest by regular mail and/or electronic delivery on August 5, 2024.

                            /s/ Mark A. Berenato

                            Mark A. Berenato
                            Attorney at Law
                            391 Wilmington Pike
                            PMB 264
                            Glen Mills, Pennsylvania     19342
                            (610) 836-1874 (mobile)
                            mark@berenatolawfirm.com  (email)

cc:

| | |
|---|---|
| Scott F. Waterman<br>2901 St. Lawrence Ave<br>Suite 100<br>Reading, PA    19606 | American Credit Acceptance<br>320 East Main Street<br>Spartenburg, SC    29302 |

Mark A. Berenato
Attorney at Law
391 Wilmington Pike
PMB 264
Glen Mills, Pennsylvania     19342

Denise Carlon, Esquire
701 Market Street, Suite 5000
Philadelphia, PA    19106

Joanne Jones
150 Youngs Avenue
Woodlyn, PA    19094

Office of the US Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA    19107