| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 24-10964-AMC

Joanne Jones
150 Youngs Avenue
Woodlyn  PA    19094

Petition Filed Date: 03/22/2024
341 Hearing Date: 05/31/2024
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/29/2024 | $2,145.00 | | 05/30/2024 | $2,145.00 | | 07/03/2024 | $2,000.00 | |
| 07/08/2024 | $146.00 | | | | | | | |

**Total Receipts for the Period: $6,436.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $6,436.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MARK A BERENATO ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CREDIT ACCEPTANCE CORP<br>»» 001 | Unsecured Creditors | $15,014.34 | $0.00 | $0.00 |
| 2 | AMERICAN CREDIT ACCEPTANCE<br>»» 002 | Secured Creditors | $457.11 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $70.58 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $497.18 | $0.00 | $0.00 |
| 5 | FAY SERVICING LLC<br>»» 005 | Mortgage Arrears | $133,900.06 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-10964-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,436.00 | Current Monthly Payment: | $2,145.00 |
| Paid to Claims: | $0.00 | Arrearages: | $4,289.00 |
| Paid to Trustee: | $643.60 | Total Plan Base: | $128,700.00 |
| Funds on Hand: | $5,792.40 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.