UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Joanne Jones | Bankruptcy No.24-10964-AMC |
| Debtor | |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 9th day of September, 2024, by first class mail upon those listed below:

Joanne Jones
150 Youngs Avenue
Woodlyn, PA  19094

**Electronically via CM/ECF System Only:**

MARK A BERENATO ESQ
391 WILMINGTON PIKE, PMB 264
GLEN MILLS, PA  19342

/s/ Kristen Gliem
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee