# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joanne Jones a/k/a Joanne Day a/k/a Joanne Day Jones a/k/a Joanne D. Jones<br>　　　　　　　　　Debtor(s) | CHAPTER 13 |
| US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee<br>　　　　　　　　　Movant<br>　　　vs. | NO. 24-10964 AMC |
| Joanne Jones a/k/a Joanne Day a/k/a Joanne Day Jones a/k/a Joanne D. Jones<br>　　　　　　　　　Debtor(s) | 11 U.S.C. Sections 362 and 1301 |
| Michael Jones<br>　　　　　　　　　Co-Debtor | |
| Scott F. Waterman<br>　　　　　　　　　Trustee | |

## ORDER

AND NOW, this 5th day of Dec., 2024 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 of the Bankruptcy Code, is modified with respect to the subject premises located at 150 Youngs Avenue AKA 0 Youngs Avenue, Woodlyn, PA 19094 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
Ashely M. Chan, United States Bankruptcy Judge.